UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SAMANTHA ELABANJO, )<br>)<br>        Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>EXCEL PROPERTY MANAGEMENT, INC., )<br>CALVARY TRACE APARTMENTS, BLAKE )<br>BRAZIER, CHRIS HANSON, KIMBERLY M. )<br>LILLY DUPREE, LINDA POOLE, and ANN )<br>HANSON, )<br>)<br>        Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:18-cv-356-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 29] and DISMISSES the complaint with prejudice.

**This Judgment Filed and Entered on May 2, 2019, and Copies To:**

| | |
|---|---|
| Samantha Elabanjo | (Sent to 619 Shannon Drive Chapel Hill, NC 27516 via US Mail) |
| Katie Weaver Hartzog | (via CM/ECF electronic notification) |
| Michael B. Cohen | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| May 2, 2019 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |